THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VALERIE HALEY, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TOMMY BAHAMA GROUP, INC.,<br><br>Defendant. | Case No.: 2:25-cv-01969-BJR<br><br>**STIPULATION AND STIPULATED ORDER TO FILE SECOND AMENDED COMPLAINT, FOR BRIEFING SCHEDULE ON RESPONSE TO SECOND AMENDED COMPLAINT, AND FOR OVERLENGTH BRIEFING ON MOTION TO DISMISS** |

## **STIPULATION**

Plaintiff Valerie Haley and Defendant Tommy Bahama Group, Inc. (collectively, the "Parties"), by and through their counsel of record, stipulate and agree, subject to the Court's approval, as follows:

WHEREAS, Plaintiff filed an Amended Complaint on December 8, 2025 (Dkt. 21);

WHEREAS, the Parties filed a Stipulation to Extend Deadline for Response to Amended Complaint and for Overlength Briefing on Motion to Dismiss on December 10, 2026 (Dkt. 23), which was granted the following day, December 11, 2025, by the Court (Dkt. 24);

WHEREAS, Defendant filed a Motion to Dismiss Amended Complaint on January 21, 2026 (Dkt. 27);

STIPULATION AND STIPULATED ORDER TO FILE SECOND AMENDED COMPLAINT, FOR BRIEFING SCHEDULE ON RESPONSE TO SECOND AMENDED COMPLAINT, AND FOR OVERLENGTH BRIEFING ON MOTION TO DISMISS
(2:25-cv-01969-BJR) - Page 1

**STRAUSS BORRELLI PLLC**
980 North Michigan Ave., Suite 1610
Chicago, Illinois 60611
TEL. 872.263.1100 • FAX 872.263.1109
straussborrelli.com

WHEREAS, Plaintiff's deadline to respond to Defendant's Motion to Dismiss Amended Complaint is due February 11, 2026;

WHEREAS, the Parties give written consent to allow Plaintiff to amend her complaint as justice so requires under Federal Rule of Civil Procedure 15(a); and

WHEREAS, Defendant intends to respond to Plaintiff's forthcoming Second Amended Complaint by filing a Motion to Dismiss under Rule 12(b)(6). Consistent with what the Court has previously allowed (Dkt. 24), Defendant believes that its response requires 8,400 words to present its arguments effectively and that Plaintiff should be allotted a reciprocal number of words to respond to Defendant's arguments;

NOW THEREFORE, subject to the approval of the Court, the Parties hereby agree as follows:

1. Plaintiff's deadline to file a Second Amended Complaint shall be <u>February 6, 2026</u>.

2. Defendant's deadline to respond to Plaintiff's Second Amended Complaint shall be <u>February 20, 2026</u>.

3. Should Defendant file a motion to dismiss the Second Amended Complaint, Plaintiff shall file any response no later than <u>fourteen days</u> after the filing date of the motion.

4. Defendant shall file any reply no later than <u>ten days</u> after the filing of any opposition.

5. The parties may file briefs of the following length:

   a. Defendant's Motion to Dismiss Second Amended Complaint: 8,400 words.

   b. Plaintiff's Response to Defendant's Motion to Dismiss Second Amended Complaint: 8,400 words.

   c. Defendant's Reply in Support of its Motion to Dismiss Second Amended Complaint: 4,200 words.

STIPULATION AND STIPULATED ORDER
TO FILE SECOND AMENDED COMPLAINT, FOR BRIEFING
SCHEDULE ON RESPONSE TO SECOND AMENDED COMPLAINT,
AND FOR OVERLENGTH BRIEFING ON MOTION TO DISMISS
(2:25-cv-01969-BJR) - Page 2

**STRAUSS BORRELLI PLLC**
980 North Michigan Ave., Suite 1610
Chicago, Illinois 60611
TEL. 872.263.1100 • FAX 872.263.1109
straussborrelli.com

6.   This case, as it relates to Defendant's proposed Motion to Dismiss above, meets the Court's requirement of "extraordinary complexity" meriting overlength briefs because of the number and complexity of legal issues it implicates and the defenses Defendant intends to assert.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 5th day of February, 2026.

| STRAUSS BORRELLI PLLC: | DAVIS WRIGHT TREMAINE LLP: |
|---|---|
| /s/ Samuel J. Strauss<br>Samuel J. Strauss, WSBA #46971<br>Raina C. Borrelli, *pro hac vice* forthcoming<br>**STRAUSS BORRELLI PLLC**<br>980 N. Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>Telephone: (872) 263-1100<br>Facsimile: (872) 263-1109<br>sam@straussborrelli.com<br>raina@straussborrelli.com<br><br>Lynn A. Toops, *pro hac vice*<br>Natalie A. Lyons, *pro hac vice* forthcoming<br>Ian R. Bensberg, *pro hac vice* forthcoming<br>**COHENMALAD, LLP**<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>Telephone: (317) 636-6481<br>ltoops@cohenmalad.com<br>nlyons@cohenmalad.com<br>ibensberg@cohenmalad.com<br><br>Gerard J. Stranch, IV,<br>*pro hac vice* forthcoming<br>Michael C. Tackeff, *pro hac vice*<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Telephone: (615) 254-8801<br>gstranch@stranchlaw.com<br>mtackeff@stranchlaw.com<br><br>*Attorneys for Plaintiff and Proposed Class* | /s/ Lauren B. Rainwater<br>Lauren B. Rainwater, WSBA #43625<br>Rachel Herd, WSBA #50339<br>Emily Parsons, WSBA #57061<br>**DAVIS WRIGHT TREMAINE LLP**<br>920 Fifth Avenue, Suite 3300<br>Seattle, Washington 98104-1610<br>Telephone: (206) 622-3150<br>Facsimile: (206) 757-7700<br>laurenrainwater@dwt.com<br>rachelherd@dwt.com<br>emilyparsons@dwt.com<br><br>*Attorneys for Defendant* |

STIPULATION AND STIPULATED ORDER
TO FILE SECOND AMENDED COMPLAINT, FOR BRIEFING
SCHEDULE ON RESPONSE TO SECOND AMENDED COMPLAINT,
AND FOR OVERLENGTH BRIEFING ON MOTION TO DISMISS
(2:25-cv-01969-BJR) - Page 3

# **ORDER**

Pursuant to the stipulation, IT IS SO ORDERED.

DATED this 5th day of February 2026.

*Barbara J. Rothstein*
Barbara J. Rothstein
United States District Court Judge

STIPULATION AND STIPULATED ORDER
TO FILE SECOND AMENDED COMPLAINT, FOR BRIEFING
SCHEDULE ON RESPONSE TO SECOND AMENDED COMPLAINT,
AND FOR OVERLENGTH BRIEFING ON MOTION TO DISMISS
(2:25-cv-01969-BJR) - Page 4

**STRAUSS BORRELLI PLLC**
980 North Michigan Ave., Suite 1610
Chicago, Illinois 60611
TEL. 872.263.1100 • FAX 872.263.1109
straussborrelli.com