1

THE HONORABLE BARBARA J. ROTHSTEIN

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

8

9

10

11

12

13

| | |
|---|---|
| VALERIE HALEY, on her own behalf and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> TOMMY BAHAMA GROUP, INC., <br><br> Defendant. | Case No.: 2:25-cv-01969-BJR <br><br> **STIPULATION AND STIPULATED ORDER EXTENDING SCHEDULING ORDER ON CLASS CERTIFICATION DEADLINES** |

14

## STIPULATION

15       Plaintiff Valerie Haley and Defendant Tommy Bahama Group, Inc. (collectively, the

16 "Parties"), by and through their counsel of record, stipulate and agree, subject to the Court's approval,

17 as follows:

18       WHEREAS, the Parties filed a proposed case schedule within their Joint Status Report and

19 Discovery Plan on December 17, 2025 (Dkt. 25);

20       WHEREAS, on December 22, 2025, the Court entered a Scheduling Order (Dkt. 26) based on

21 the Joint Status Report and set class certification deadlines for discovery;

22       WHEREAS, simultaneously with this Stipulation, the Parties are filing a Stipulation and

23 proposed Stipulated Order to File Second Amended Complaint, for Briefing Schedule on Response

24 to Second Amended Complaint, and for Overlength Briefing on Motion to Dismiss;

25 STIPULATION AND STIPULATED
ORDER EXTENDING SCHEDULING ORDER ON
CLASS CERTIFICATION DEADLINES
(2:25-cv-01969-BJR) - Page 1

**STRAUSS BORRELLI PLLC**
980 North Michigan Ave., Suite 1610
Chicago, Illinois 60611
TEL. 872.263.1100 • FAX 872.263-1109
straussborrelli.com

1    WHEREAS, to allow time for the Parties to complete class certification discovery after the

2  forthcoming Second Amended Class Action Complaint is filed on February 6, 2026, the Parties agree

3  to extend the current Scheduling Order (Dkt. 26) on class certification discovery by approximately

4  six (6) months;

5    WHEREAS, the Parties agree that good cause exists under Federal Rule of Civil Procedure

6  6(b) to extend the case deadlines as set forth herein;

7    NOW THEREFORE, subject to the approval of the Court, the Parties hereby agree to the

8  extended Scheduling Order on class certification discovery and deadlines as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to join additional parties | June 1, 2026 | *June 1, 2026 (unchanged)* |
| Class certification discovery deadline | March 23, 2026 | *September 23, 2026* |
| Motion for class certification | April 22, 2026 | *October 22, 2026* |
| Parties to meet and confer regarding remaining discovery and case scheduling deadlines | No later than 14 days after resolution of the motion for class certification | *No later than 14 days after resolution of the motion for class certification* |

*[Counsel signatures to follow on next page.]*

STIPULATION AND STIPULATED
ORDER EXTENDING SCHEDULING ORDER ON
CLASS CERTIFICATION DEADLINES
(2:25-cv-01969-BJR) - Page 2

1    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2    DATED this 5th day of February, 2026.

3    STRAUSS BORRELLI PLLC:                          DAVIS WRIGHT TREMAINE LLP:

4    */s/ Samuel J. Strauss*                         */s/ Lauren B. Rainwater*
     Samuel J. Strauss, WSBA #46971                  Lauren B. Rainwater, WSBA #43625
5    Raina C. Borrelli, *pro hac vice* forthcoming   Rachel Herd, WSBA #50339
     **STRAUSS BORRELLI PLLC**                        Emily Parsons, WSBA #57061
6    980 N. Michigan Avenue, Suite 1610              **DAVIS WRIGHT TREMAINE LLP**
     Chicago, IL 60611                               920 Fifth Avenue, Suite 3300
7    Telephone: (872) 263-1100                       Seattle, Washington 98104-1610
     Facsimile: (872) 263-1109                       Telephone: (206) 622-3150
8    sam@straussborrelli.com                         Facsimile: (206) 757-7700
     raina@straussborrelli.com                       laurenrainwater@dwt.com
9                                                    rachelherd@dwt.com
                                                     emilyparsons@dwt.com
     Lynn A. Toops, *pro hac vice*
10   Natalie A. Lyons, *pro hac vice* forthcoming
     Ian R. Bensberg, *pro hac vice* forthcoming     *Attorneys for Defendant*
11   **COHENMALAD, LLP**
     One Indiana Square, Suite 1400
12   Indianapolis, IN 46204
     Telephone: (317) 636-6481
13   ltoops@cohenmalad.com
     nlyons@cohenmalad.com
14   ibensberg@cohenmalad.com

15   Gerard J. Stranch, IV,
     *pro hac vice* forthcoming
16   Michael C. Tackeff, *pro hac vice*
     **STRANCH, JENNINGS & GARVEY, PLLC**
17   223 Rosa L. Parks Avenue, Suite 200
     Nashville, TN 37203
18   Telephone: (615) 254-8801
     gstranch@stranchlaw.com
19   mtackeff@stranchlaw.com

20   *Attorneys for Plaintiff and Proposed Class*

21

22

23

24

25   STIPULATION AND STIPULATED
     ORDER EXTENDING SCHEDULING ORDER ON
     CLASS CERTIFICATION DEADLINES
     (2:25-cv-01969-BJR) - Page 3

1

## **ORDER**

2

Pursuant to stipulation, IT IS SO ORDERED.

3

4

DATED this 10th day of February 2026.

5

*Barbara J Rothstein*

6

Barbara J. Rothstein
United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND STIPULATED
ORDER EXTENDING SCHEDULING ORDER ON
CLASS CERTIFICATION DEADLINES
(2:25-cv-01969-BJR) - Page 4

**STRAUSS BORRELLI PLLC**
980 North Michigan Ave., Suite 1610
Chicago, Illinois 60611
TEL. 872.263.1100 • FAX 872.263.1109
straussborrelli.com